Submitted on record and brief April 17, reversed and remanded April 17, 1978

HOLMES, *Respondent,*
*v.*
MOTOR VEHICLES DIVISION, *Appellant.*
(No. 49562, CA 9183)
576 P2d 1272

James A. Redden, Attorney General, Al J. Laue, Solicitor General, and William F. Nessly, Jr., Assistant Attorney General, Salem, filed the brief for appellant.

No appearance for respondent.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Reversed and remanded. *Ames v. Motor Vehicles Division,* 16 Or App 288, 517 P2d 1216 (1974).